# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **D.N. and S.N., minors by and through their Guardians Ad Litem Arthur Nelson IV and Marie Nelson,** *et al.*, : Plaintiffs : : v. : : **KEVIN SNYDER,** *et al.*, : Defendants : | **CIVIL ACTION NO. 1:08-CV-0526** (Judge Conner) |

## **ORDER**

AND NOW, this 20th day of August, 2009, upon consideration of plaintiffs' motion (Doc. 70) for leave to file an amended brief in opposition to defendants' motion (Doc. 63) for summary judgment, wherein plaintiffs identify several minor errors appearing in the brief in opposition (Doc. 69) filed on August 17, 2009, and request leave of court to correct these errors, and it appearing that defendants do not oppose the motion, and that plaintiffs have attached an amended brief in opposition to their motion, (see Doc. 70, Ex. A), it is hereby ORDERED that:

1. Plaintiffs' motion (Doc. 70) for leave to file an amended brief in opposition is GRANTED.

2. The Clerk of Court is INSTRUCTED to docket plaintiffs' proposed brief in opposition (Doc. 70, Ex. A) as properly filed.

3. Defendants may file a brief in reply to plaintiffs' opposition brief within ten (10) days of the date of this order. See L.R. 7.7.

                                                    S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge